## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-01076-AJR | Date | July 31, 2025 |
|---|---|---|---|
| Title | Kinsale Insurance Company v. LJMP LP, et al. | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge | |
|---|---|---|
| | Claudia Garcia-Marquez | N/A |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
| | None | None |

**Proceedings (In Chambers):** **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On February 7, 2025, Plaintiff Kinsale Insurance Company ("Plaintiff") initiated this action by filing a Complaint for Declaratory Relief (the "Complaint") against Defendants LJMP LP, San Marino in the Desert RTC LLC, KMD LP, Tatyana Krivitsky, Edvard Krivitsky, and Brian Tilmon (collectively, "Defendants"), seeking declaratory relief related to Plaintiff's obligations under an insurance policy. (Dkt. 1.) Plaintiff subsequently filed proofs of service of the Summons, Complaint, and Notice of Assignment on all Defendants. (Dkts. 17-21.) Plaintiff stipulated with Defendants LJMP LP, San Marino in the Desert RTC LLC, KMD LP, Tatyana Krivitsky, and Edvard Krivitsky that their responsive pleading would not be due until April 7, 2025. (Dkt. 22.) Plaintiff stipulated with Defendant Brian Tilmon that his responsive pleading would not be due until June 16, 2025. (Dkt. 26.)

However, none of the Defendants have filed a responsive pleading. On June 25, 2025, the Court issued an Order *sua sponte* extending the deadline for Defendants to file responsive pleadings until July 2, 2025, and directing that for any defendant that does not timely file a responsive pleading, Plaintiff shall have until July 11, 2025 to file a request for entry of default or a response explaining why Plaintiff should not do so. (Dkt. 27.) Plaintiff has not filed a request for entry of default as to any defendant and has not filed a response to the Court's June 25, 2025 Order.

**Accordingly, Plaintiff is ordered to show cause why this action should not be dismissed with or without prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).** Plaintiff shall either file a response to this Order or request entry of default for each of the Defendants no later than August 15, 2025. Plaintiff is expressly warned that failure to either file a response or

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-01076-AJR | Date | July 31, 2025 |
|---|---|---|---|
| Title | Kinsale Insurance Company v. LJMP LP, et al. | | |

request the entry of default as to all of the Defendants will result in this action being dismissed either with or without prejudice pursuant to Rule 41(b).

   IT IS SO ORDERED.